IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GERARD HORRIDGE and** § | | |
| **JUDITH HORRIDGE** § | | **PLAINTIFFS** |
| § | | |
| **V.** § | **Civil No. 1:06CV1226-HSO-JMR** | |
| § | | |
| **KEYSTONE LINES, INC.,** *et al.* § | | **DEFENDANTS** |

### ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' *ORE TENUS* MOTION FOR JUDGMENT AS A MATTER OF LAW

BEFORE THE COURT is the *Ore Tenus* Motion of Defendants made on October 7, 2008, after Plaintiffs' presentation of their case-in-chief in the trial of this matter, seeking a judgment as a matter of law. For the reasons more fully stated in the record at trial, Defendants' *Ore Tenus* Motion is granted in part and denied in part. Defendants' *Ore Tenus* Motion will be granted in part as to all claims against Defendant Keystone Logistics, and Defendant Keystone Logistics will be dismissed with prejudice from this case. The *Ore Tenus* Motion will be denied in part as to the remaining Defendants.

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Defendants' *Ore Tenus* Motion is **GRANTED IN PART** as to Defendant Keystone Logistics, and all claims raised against Defendant Keystone Logistics are hereby **DISMISSED WITH PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that Defendants' *Ore*

*Tenus* Motion is **DENIED IN PART** as to Defendants Keystone Lines, Inc., and Richard Williams.

**SO ORDERED AND ADJUDGED**, this the 8th day of October, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE