IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| GERARD HORRIDGE and § | | |
| JUDITH HORRIDGE § | | PLAINTIFFS |
| § | | |
| V. § | Civil No. 1:06CV1226-HSO-JMR | |
| § | | |
| KEYSTONE LINES, INC., and § | | |
| RICHARD WILLIAMS § | | DEFENDANTS |

### FINAL JUDGMENT

This action came on for trial before the Court and a jury on the 6th day of October, 2008, and concluded on the 8th day of October, 2008, Honorable Halil Suleyman Ozerden, United States District Judge, presiding, and the issues having been duly tried and the jury having heard all of the evidence and argument of counsel and receiving instructions of the Court, including a Special Verdict Form, retired to consider their verdict and return upon their oaths, into open Court, the following unanimous verdict, to wit:

**Question Number One:**

Do you find by a preponderance of the evidence that the motor vehicle collision was proximately caused by the negligence of Defendant Richard Williams?

  Please answer yes or no:   __YES__

*If you answered "yes" to Question Number One, please proceed to Question Number Two.  If you answered "no" to Question Number One, please proceed to Part II on the last page.*

**Question Number Two:**

What amount of money, if any, would adequately compensate each of the plaintiffs for his or her injuries, if any?

  Answer in dollars and cents, if any, or answer "none."

   a. Gerard Horridge $ __$3,618.50__

   b. Judith Horridge $ __$1,795.50__

*Proceed to Question Number Three.*

**Question Number Three:**

Do you find by a preponderance of the evidence that the negligence of Plaintiff Gerard Horridge, if any, caused or contributed to the cause of the motor vehicle collision in this case?

  Please answer yes or no: __YES__

*If you answered "yes" to Question Number Three, please proceed to Question Number Four. If you answered "no" to Question Number Three, please proceed to Part II on the last page.*

**Question Number Four:**

What percentage of fault do you attribute to the negligence of each responsible party?

  Defendants       __20__ %

  Plaintiff Gerard Horridge  __80__ %

  **(Total must equal 100%)**

*Proceed to Part II on the last page.*

  **IT IS, THEREFORE, ORDERED AND ADJUDGED,** that Plaintiff Gerard Horridge shall recover from Defendants Keystone Lines, Inc., and Richard

Williams, compensatory damages in the total amount of $723.70.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that Plaintiff Judith Horridge shall recover from Defendants Keystone Lines, Inc., and Richard Williams, compensatory damages in the total amount of $359.10.

**IT IS, FURTHER, ORDERED AND ADJUDGED,** that in accordance with the prior rulings of this Court, all claims against Defendant Sunbelt Foods are **DISMISSED WITHOUT PREJUDICE**, and all claims against Defendant Keystone Logistics are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 8th day of October, 2008.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE